FIDELITY NATIONAL BANK & TRUST CO. et al. v. KANSAS, O. & G. RY. CO. et al. (Circuit Court of Appeals, Eighth Circuit. December 9, 1921.) No. 5847. Appeal from the District Court of the United States for the Eastern District of Oklahoma. Jules C. Rosenberger and Justin D. Bowersock, both

of Kansas City, Mo., for appellants. Maurice H. Winger and Arthur Miller, both of Kansas City, Mo., for appellees.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellants.